

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00425-CV

| | | |
|---|---|---|
| Legoland Discovery Centre (Dallas), LLC | § | From the 342nd District Court |
| | § | of Tarrant County (342-275920-14) |
| v. | § | April 27, 2017 |
| Superior Builders, LLC | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's order. It is ordered that the trial court's order is reversed and the case is remanded to the trial court for entry of an order compelling the parties' dispute to arbitration pursuant to their arbitration agreement.

It is further ordered that appellee Superior Builders, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s Lee Gabriel
Justice Lee Gabriel